UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

V. MATAELE,

        Plaintiff,

vs.

JOHN DOVERY, Director, CDCR; and
M. C. KRAMER, Warden,

        Defendants.

No. C 07-5135 PJH (PR)

**ORDER OF DISMISSAL**

    Plaintiff, a state prisoner, commenced this case by filing a document captioned "Notice of Petitioner's ex Parte Motion for Leave to File a Temporary Restraining Order ...." In it he contends that the court should bar his transfer to an out-of-state prison because he has a habeas petition pending in this court which might be adversely affected if he were moved beyond the jurisdiction of the court. He has now been transferred.

    A search of this court's docket reveals only two cases filed by plaintiff, a habeas case, C 01-3975 PJH (PR), *Mataele v. Finn*, and this one. The habeas petition in *Finn* was denied in an order entered on September 30, 2005, and judgment was entered that day. Petitioner appealed the decision and this court granted a certificate of appealability. The United States Court of Appeals for the Ninth Circuit affirmed the judgment on December 12, 2006. A subsequent motion for rehearing and rehearing en banc was denied, and on October 1, 2007, the United States Supreme Court denied certiorari. The complaint in this case was filed on October 5, 2007, and carries a certificate of mailing which says it was mailed on September 4, 2007. It is thus possible that plaintiff's petition for certiorari was pending when the complaint was mailed, but whether it was or not, certiorari has now been

1  denied.

2  In short, the habeas case is no longer pending and plaintiff has exhausted all
3  possible appeals in that case.  Because the habeas case is no longer pending, the relief for
4  which plaintiff asks cannot be granted.  This case therefore is **DISMISSED** as moot  The
5  clerk shall close the file.

6  **IT IS SO ORDERED.**

7  Dated:  November 7, 2007.

        PHYLLIS J. HAMILTON
        United States District Judge

28  G:\PRO-SE\PJH\CR.07\MATAELE5135.DSM.wpd

United States District Court
For the Northern District of California