UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

V. MATAELE,

    Plaintiff,

vs.

JOHN DOVERY, Director, CDCR; and
M. C. KRAMER, Warden,

    Defendants.

No. C 07-5135 PJH (PR)

**JUDGMENT**

    A judgment of dismissal with prejudice is entered in favor of defendants and against plaintiff. Plaintiff shall take nothing by way of his complaint.

    **IT IS SO ORDERED**.

Dated: November 7, 2007.

                   PHYLLIS J. HAMILTON
                   United States District Judge

G:\PRO-SE\PJH\CR.07\MATAELE5135.JUD.wpd